## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JUSTIN DALE CHURCH,                                  Case No. 24-cv-2291 (LMP/LIB)

                Plaintiff,

v.

PAUL SCHNELL, KATHRYN                               **ORDER ADOPTING**
HALVERSON,[1] JAMISON DOEDEN,                       **REPORT AND**
CHRIS PAWELK, LISA CONNORS,                         **RECOMMENDATION**
KELLY MCELROY, AMANDA
HOFER, CHAD MERCURE, ADAM
PERRY, BRONSON AUSTRENG, and
JEFF WHITE,

                Defendants.

---

       This matter is before the Court on the Report and Recommendation ("R&R") of

United States Magistrate Judge Leo I. Brisbois, entered February 25, 2025. ECF No. 32.

The R&R recommends that Defendants' motion to dismiss (ECF No. 16) be granted, and

that Plaintiff Justin Dale Church's complaint (ECF No. 1) be dismissed without prejudice

for lack of standing. ECF No. 32 at 13. None of the parties has objected to the R&R, so

the Court reviews it for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996)

(per curiam); *see* Fed. R. Civ. P. 72(b)(2). Separately, Church filed a motion requesting

oral argument on Defendants' motion to dismiss. ECF No. 25.

---

[1]      The correct spelling is Kathryn Halvorson.

Having carefully reviewed the R&R, the Court finds no clear error. And in light of the R&R, Church's request for oral argument regarding Defendants' motion to dismiss is moot.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.    The Report and Recommendation (ECF No. 32) is **ADOPTED**;

2.    Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED**;

3.    Church's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of standing; and

4.    Church's Motion for Oral Argument (ECF No. 25) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 7, 2025                                    *s/Laura M. Provinzino*
                                                        Laura M. Provinzino
                                                        United States District Judge